| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| KW9 | 002115 | | | 0020987246 | 1 |

# Earnings Statement

**HERITAGE PLUMBING**
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 09/10/2011
Pay Date: 09/15/2011

Taxable Marital Status: Married
Exemptions/Allowances:
   Federal: 2
   OH: 2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 20,250.00 |
| O/T | | | | 120.00 |
| **Gross Pay** | | | **$880.00** | 20,370.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,603.98 |
| | Social Security Tax | -36.96 | 855.54 |
| | Medicare Tax | -12.76 | 295.37 |
| | OH State Income Tax | -25.91 | 590.22 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| **Net Pay** | | | **$732.85** |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00



# Earnings Statement

![ADP]

*HERITAGE PLUMBING*
*PO BOX 667*
*COLUMBIA STATION OH 44028*
*PH:440-236-5368*

Period Ending:  09/03/2011
Pay Date:       09/08/2011

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:  2
   OH:       2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 19,370.00 |
| O/T | | | | 120.00 |
| **Gross Pay** | | | **$880.00** | 19,490.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,532.46 |
| | Social Security Tax | -36.96 | 818.58 |
| | Medicare Tax | -12.76 | 282.61 |
| | OH State Income Tax | -25.91 | 564.31 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| | **Net Pay** | **$732.85** | |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**HERITAGE PLUMBING**
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 08/27/2011
Pay Date: 09/01/2011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  OH: 2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 18,490.00 |
| O/T | | | | 120.00 |
| **Gross Pay** | | | **$880.00** | 18,610.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,400.94 |
| | Social Security Tax | -36.96 | 781.62 |
| | Medicare Tax | -12.76 | 269.85 |
| | OH State Income Tax | -25.91 | 538.40 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| | **Net Pay** | | **$732.85** |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

©1998, 2006 ADP, Inc. All Rights Reserved.

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK NUMBER | 034 |
|-----|------|-------|--------------|-----|
| KW9 | 002115 | | 0020926799 | 1 |

# Earnings Statement

**HERITAGE PLUMBING**
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 08/20/2011
Pay Date: 08/25/2011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  OH: 2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Reg | 880.00 | | 880.00 | 17,610.00 |
| O/T | | | | 120.00 |
| **Gross Pay** | | | **$880.00** | 17,730.00 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -71.52 | 1,389.42 |
| | Social Security Tax | -36.96 | 744.66 |
| | Medicare Tax | -12.76 | 257.09 |
| | OH State Income Tax | -25.91 | 512.49 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| | **Net Pay** | **$732.85** | |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

©1998, 2006. ADP, Inc. All Rights Reserved.

▼TEAR HERE

# Earnings Statement

**ADP**

HERITAGE PLUMBING
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 08/13/2011
Pay Date:      08/18/2011

Taxable Marital Status:   Married
Exemptions/Allowances:
   Federal:   2
   OH:        2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 16,730.00 |
| O/T | | | | 120.00 |
| **Gross Pay** | | | **$880.00** | 16,850.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,317.99 |
| | Social Security Tax | -36.96 | 707.70 |
| | Medicare Tax | -12.76 | 244.33 |
| | OH State Income Tax | -25.91 | 486.58 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| | **Net Pay** | **$732.85** | |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

| CO. | FILE | DEPT. | CLOCK | NUMBER | 034 |
|---|---|---|---|---|---|
| KW9 | 002115 | | | 0020892705 | 1 |

# Earnings Statement

**ADP**

HERITAGE PLUMBING
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 08/06/2011
Pay Date: 08/11/2011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  OH: 2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 15,850.00 |
| O/T | | | | 120.00 |
| **Gross Pay** | | | **$880.00** | 15,970.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,246.38 |
| | Social Security Tax | -36.96 | 670.74 |
| | Medicare Tax | -12.76 | 231.57 |
| | OH State Income Tax | -25.91 | 460.67 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| | **Net Pay** | **$732.85** | |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

©1998, 2006, ADP, Inc. All Rights Reserved.

▼ TEAR HERE

CO. FILE DEPT. CLOCK NUMBER 034
KW9 002115           0020867257 1

# Earnings Statement

**HERITAGE PLUMBING**
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 07/30/2011
Pay Date: 08/04/2011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  OH: 2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 14,970.00 |
| O/T | | | | 120.00 |
| Gross Pay | | | $880.00 | 15,090.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,174.86 |
| | Social Security Tax | -36.96 | 633.78 |
| | Medicare Tax | -12.76 | 218.81 |
| | OH State Income Tax | -25.91 | 434.76 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| Net Pay | | | $732.85 |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

ADP

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**ADP**

HERITAGE PLUMBING
PO BOX 667
COLUMBIA STATION OH 44028
PH:440-236-5368

Period Ending: 07/23/2011
Pay Date: 07/28/2011

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    OH: 2

DOUGLAS R MANROSS
6525 W LAW ROAD
VALLEY CITY OH 44280

Social Security Number: XXX-XX-7994

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Reg | 880.00 | | 880.00 | 14,090.00 |
| O/T | | | | 120.00 |
| Gross Pay | | | $880.00 | 14,210.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -71.52 | 1,103.34 |
| | Social Security Tax | -36.96 | 596.82 |
| | Medicare Tax | -12.76 | 206.05 |
| | OH State Income Tax | -25.91 | 408.85 |
| | Akron Income Tax | | 5.18 |
| | Strongsville Income Tax | | 80.40 |
| Net Pay | | $732.85 | |

Your federal taxable wages this period are $880.00
Your OH taxable wages this period are $880.00

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE